UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PERISHABLE FOOD INDUSTRY PENSION FUND, | |
| Plaintiff, | 19 Civ. 10838 (KPF) |
| -v.- | ORDER |
| CITY PRODUCE, OPERATING CORP., | |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

There is currently a post-fact discovery conference scheduled in this matter for July 22, 2020.  Given the ongoing pandemic, the Court believes it wise for the conference to proceed by telephone.  Accordingly, the Court ORDERS that the parties appear for the July 22, 2020 conference telephonically.  The dial-in information is as follows:  At 10:00 a.m. the parties will dial (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 10:00 a.m.  The Court also reminds the parties that the joint letter foreseen by the Case Management Plan (Dkt. #14), is due today.

SO ORDERED.

Dated:   July 16, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge